# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COMMUNITY SERVICES, INC.,** | : | **CIVIL ACTION NO. 1:06-CV-1206** |
| | : | |
| Plaintiff | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **HEIDELBERG TOWNSHIP**, et al., | : | |
| | : | |
| Defendants | : | |

## ORDER

AND NOW, this 11th day of August, 2006, upon consideration of the memorandum and order (Doc. 48) entered in the above-captioned case on July 25, 2006, and in anticipation of its publication, it is hereby ORDERED that the memorandum and order (Doc. 48) is AMENDED as follows:

1. In the second sentence of page 1, the term "CGS" is deleted and replaced with the term "CSG" so that the sentence reads: The instant action was commenced by Community Services, Inc. ("CSG"), on behalf of eight mentally disabled individuals who currently reside at a closed state hospital.

2. In Finding of Fact No. 8, a quotation mark is inserted immediately before the word "the," located between the words "that" and "use," so that the sentence reads:  The narrative states that the existing attached garage will be converted to adequately house the eight residents, that "[i]t is not anticipated that the current building envelope (together with the garage) will be expanded," and that "the use will be limited to the first floor and the basement."

3. In Finding of Fact No. 12, the "s" in the word "Ordinances" is deleted, so that the sentence reads:  The Township Zoning Ordinance defines "Family" as: . . . .

4. In Finding of Fact No. 146, the term "congent" is deleted and replaced with the word "cogent" so that the sentence reads:  The court finds the testimony of Mr. Warren to be credible and cogent.

                                                     S/ Christopher C. Conner
                                                   CHRISTOPHER C. CONNER
                                                   United States District Judge