IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COMMUNITY SERVICES, INC.,** | : | CIVIL ACTION NO. 1:06-CV-1206 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **HEIDELBERG TOWNSHIP, et al.,** | : | |
| Defendants | : | |

## ORDER

AND NOW, this 29th day of August, 2006, upon consideration of plaintiff's motion (Doc. 56) for the entry of a consent order, requesting that the court approve an agreement between the parties and deem the memorandum and order dated July 25, 2006 (Doc. 48) a final adjudication of this case on its merits, see FED. R. CIV. P. 65(a)(2), and it appearing that defendants concur in the motion (see Doc. 56 ¶ 3), it is hereby ORDERED that:

1. The motion (Doc. 56) for the entry of a consent order is GRANTED.

2. The order of court dated July 25, 2006 is DEEMED an adjudication of this case on its merits pursuant to Federal Rule of Civil Procedure 65(a)(2).  See FED. R. CIV. P. 65(a)(2).

3. The Clerk of Court is directed to DOCKET the attached document as a consent order, approved by the court as of the date of this order.

4. On or before December 31, 2006, plaintiff shall file with the court a notice of any remaining claims in this case.  Failure to adhere to this paragraph will result in the closing of this case.

5. The above-captioned action is STAYED, and the Clerk of Court is directed to CLOSE this case for statistical purposes only.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge