# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COMMUNITY SERVICES, INC.,** | : | **CIVIL ACTION NO. 1:06-CV-1206** |
| | : | |
| **Plaintiff** | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **HEIDELBURG TOWNSHIP, et al.,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 27th day of March, 2007, upon consideration of the $5,000.00 injunction bond posted by plaintiff as security for the issuance of preliminary injunctive relief (see Docs. 48, 50), see also FED. R. CIV. P. 65(c), and of the correspondence from counsel for plaintiff dated March 26, 2007 (Doc. 60), requesting that the above-captioned case be closed and that the posted bond be released, it is hereby ORDERED that the Clerk of Court is directed to CLOSE this case and to RETURN to plaintiff the $5,000.00 security bond (Doc. 50).

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge